USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
LUIGI GIROTTO,

                              Plaintiff,

            -against-                        19 Civ. 6430 (LGS)

ZO GRAND, LCC, a Delaware limited liability
Company, d/b/a SUSHI ZO HANARE, and        **ORDER**
H & M (N.Y.) REALTY LCC, a New York
Limited liability company,

                             Defendants.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS the Order dated October 30, 2019, required the parties to file a status letter on January 6, 2020, as outlined in Individual Rule IV.A.2;

WHEREAS the parties failed to submit the letter. It is hereby

**ORDERED** that, by **January 13, 2020**, the parties shall file the status letter. The parties are reminded that failure to comply with court-ordered deadlines may result in sanctions or prejudice.

Dated: January 9, 2020
       New York, New York

                                                LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE