UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__1/22/2020__

------------------------------------------------------------X
:
LUIGI GIROTTO,                                              :
:
:
                                    Plaintiff,              :
:
           -against-                                       :          19 Civ. 6430 (LGS)
:
ZO GRAND, LCC, a Delaware limited liability                :
Company, d/b/a SUSHI ZO HANARE, and                        :          **ORDER**
H & M (N.Y.) REALTY LCC, a New York                        :
Limited liability company,                                 :
                                    Defendants.             :
------------------------------------------------------------ X


LORNA G. SCHOFIELD, District Judge:

        The Court has been informed that the Parties have reached a settlement in principle in

this case.  Accordingly, it is hereby ORDERED that this action is dismissed without costs and

without prejudice to restoring the action to the Court's calendar, provided the application to

restore the action is made within thirty (30) days of this Order.  Any application to reopen filed

after thirty (30) days from the date of this Order may be denied solely on that basis.  Any

pending motions are DISMISSED as moot, and all conferences are CANCELED.


Dated: January 22, 2020
       New York, New York

_____
        LORNA G. SCHOFIELD
     UNITED STATES DISTRICT JUDGE